UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-390-RJC
(3:15-cr-302-RJC-DSC-1)

| | |
|---|---|
| ANTHONY LEON BOST, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter is before the Court on the Government's motion to stay due to the lapse in appropriations to the United States Department of Justice. (Doc. No. 5).

The Government's motion to stay is **GRANTED**, and this matter shall be held in abeyance until Congress has restored appropriations to the Department. The Government shall have 21 days after appropriations are restored in which to file its response brief.

Signed: January 16, 2019

Robert J. Conrad, Jr.
United States District Judge