UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00390-RJC
(3:15-cr-00302-RHC-DSC-1)

| | |
|---|---|
| ANTHONY LEON BOST, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion on periodic status review of this case.

On July 17, 2018, Petitioner Anthony Leon Bost ("Petitioner") filed a Motion to Vacate, Set Aside or Correct Sentence under Section 2255. [Doc. 1]. The Court ordered the Government to respond to Petitioner's motion. [Doc. 4]. On January 17, 2019, on the Government's request, this Court ordered this case be held in abeyance pending a lapse in appropriations to the United States Department of Justice. [Docs. 5, 6]. On February 7, 2019, without having moved to lift the stay, the Government filed a motion to dismiss Petitioner's motion to vacate. [Doc. 7]. The Court entered a Roseboro order allowing Petitioner fourteen (14) days to respond to the Government's motion to dismiss. [Doc. 8]. Petitioner has not responded. Because the condition resulting in the stay in this matter has resolved, the Court will lift the stay in this matter.

**IT IS, THEREFORE, ORDERED** that the stay of this matter is hereby **LIFTED**.

Signed: April 15, 2020

Robert J. Conrad, Jr.
United States District Judge