# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Anthony Leon Bost,** ) | JUDGMENT IN CASE | |
| ) | | |
| Petitioner(s), ) | 3:18-cv-00390-RJC | |
| ) | 3:15-cr-00302-RJC-DSC | |
| vs. ) | | |
| ) | | |
| **USA,** ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2020 Order.

April 28, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court